# FINANCIAL DISCLOSURE REPORT

AO-10
Rev. 1/93

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MESSITTE, PETER J. | U.S. District Court for District of Maryland | 8/10/93 |
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) Active | 5. Report Type (check appropriate type) X Nomination, Date 8/6/93 X Initial ___ Annual ___ Final | 6. Reporting Period Gen'lly 1/1/92 to 7/31/93 |
| 7. Chambers or Office Address Mont. Co. Judicial Center 50 Courthouse Square Rockville, MD 20850 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ Reviewing Officer Signature _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Co-Personal Representative | Will of Edith Messitte (mother - still living) |
| Personal Representative | Will of Susan Messitte (wife - still living) |
| Limited partner (J) (8.25%) | Heritage Housing Assoc. (low income housing project, Waterloo, IA) |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

DATE (1/1/91 - 7/31/93)    PARTIES AND TERMS    (continued on Att. A)

☐ NONE (No reportable agreements)

| Pension Plan (No signed agreement yet) | State of Maryland Judiciary - Not eligible until retirement from Judicial Profession. Entitlement equal to approx. 1/3 of then current salary for Maryland Circuit Court Judge. |
|---|---|

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1/1/93-7/31/93 | State of Maryland-Judiciary-Salary as Judge | $ 51,917 |
| 1/1/92-12/31/92 | State of Maryland-Judiciary-Salary as Judge | $ 83,662 |
| 1/1/91-12/31/91 | State of Maryland-Judiciary-Salary as Judge | $ 84,122 |
| 1/1/93-7/31/93 | *Self-employed-Conference Planner | $ |
| 1/1/92-12/31/92 | *Self-employed-Conference Planner | $ |
| | *All income from Infancy and Early Childhood Training Course (Stanley I. Greenspan, M.D., Bethesda, MD) | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>MESSITTE, Peter J. | Date of Report<br>8/10/93 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
  N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | MESSITTE, Peter J. | 8/10/93 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical (J), (S) for joint ownership of reporting individual and spouse, (S) for separate ownership by spouse, (DC) for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) CC, Md. | | | | | E | K E M P | T | | |
| 1 Nations Bank Rockville, MD | A | Int. | J | T | | | | | |
| 2 Rushmore Fund Bethesda, MD | A | Div. | K | T | | | | | |
| 3 IRA-Shearson AmEx Washington, D.C. | – | – | L | T | | | | | |
| 4 Chevy Chase FSB (J) Chevy Chase, MD | B | Int. | F | T | | | | | |
| 5 Citizens Bank of Md. (J) Chevy Chase, MD | A | Int. | J | T | | | | | |
| 6 Heritage Housing Assoc. (J) (Waterloo, IA) | A | Rent | K | W | | | | | |
| 7 Clifford Trust Reversions (Due 3/94) (Shearson) | – | – | M | T | | | | | |
| 8 Northern Trust (S) Chicago, IL | B | Int. | K | T | | | | | |
| 9 Citizens Bank of Md. (S) Chevy Chase, MD | A | Int. | K | T | | | | | |
| 10 Chevy Chase FSB (S) Chevy Chase, MD | A | Int. | L | T | | | | | |
| 11 (This=non-dependent son's account; S=accommodation party) | | | | | | | | | |
| 12 Sears Common Stock (S) – 400 sh | A | Div. | K | T | | | | | |
| 13 Dean Witter Common Stock – (S) 150 sh | – | – | J | T | | | | | |
| 14 Oakmont Realty Inc. (S) (real estate management) | D | Div./ Int. | K | W | | | | | |
| 15 Park Ridge, IL | | | | | | | | | |
| 16 Oak Ave. Jt. Venture (S) (1/8 partnership interest | | | | | | | | | |
| 17 in apartment) Evanston, IL | D | Rent/ Int. | M | W | | | | | |
| 18 825 Forest Ave. Assoc. (S) (10% lim. partnership int. | | | | | | | | | |
| 19 in apartment) Chicago, IL | D | Rent/ Int. | K | W | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less B=$1,001 to $2,500 C=$2,501 to 5,000 D=$5,001 to $15,000
(See Col. B1 & D4) E=$15,001 to $50,000 F=$50,001 to $100,000 G=$100,001 to $1,000,000 H=More than $1,000,000
2 Value Codes: J=$15,000 or less K=$15,001 to $50,000 L=$50,001 to $100,000 M=$100,001 to $250,000
(See Col. C1 & D3) N=$250,001 to $500,000 O=$500,001 to $1,000,000 P=More than $1,000,000
3 Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book Value V=Other W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>MESSITTE, Peter J. | Date of Report<br>8/10/93 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period<br><br>(CONTINUED) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| | NONE (No reportable income, assets, or transactions) | | | | | E | X | E | M | P T |
| (S) | 1 DID Venture (5% lim. partnership interest in apartment) Chicago, IL | B | Rent/<br>Int. | K | W | | | | | |
| (S) | 3 IRA-Shearson/Am Ex Washington, DC | – | – | J | T | (see Att. B hereto) | | | | |
| (DC) | 4 Chevy Chase FSB Chevy Chase, MD | A | Int. | L | T | | | | | |
| (DC) | 5 Rushmore Fund Bethesda, MD | A | Div. | J | T | | | | | |
| (DC) | 6 Clifford Trust Shearson/AmEx, | C | Int. | L | T | | | | | |
| | 7 NYC | | | | | | | | | |
| (DC) | 8 Haven Development Associates (Interest | | | | | | | | | |
| | 9 in note on real estate loan) | C | Int. | – | Note | | | | | |
| | 10 Chicago, IL | | | | paid<br>in | | | | | |
| | 11 | | | | full<br>as of | | | | | |
| | 12 | | | | 1993 | | | | | |
| | 13 | | | | | | | | | |
| | 14 | | | | | | | | | |
| | 15 | | | | | | | | | |
| | 16 | | | | | | | | | |
| | 17 | | | | | | | | | |
| | 18 | | | | | | | | | |
| | 19 | | | | | | | | | |
| | 20 | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less   B=$1,001 to $2,500   C=$2,501 to 5,000   D=$5,001 to $15,000
(See Col. B1 & D4) E=$15,001 to $50,000   F=$50,001 to $100,000   G=$100,001 to $1,000,000   H=$1,000,001 to $5,000,000
2 Value Codes: J=$15,000 or less   K=$15,001 to $50,000   L=$50,001 to $100,000   M=$100,001 to $250,000
(See Col. C1 & D3) N=$250,001 to $500,000   O=$500,001 to $1,000,000   P=More than $1,000,000
3 Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2) U=Book Value   V=Other   W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>MESSITTE, Peter J. | Date of Report<br>8/10/93 |
|---|---|---|

## VIII.  ADDITIONAL INFORMATION or EXPLANATIONS.  (Indicate part of Report.)

None

## IX.  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not pe.form any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _____8/10/93_____
Peter J. Messitte

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:          Judicial Ethics Committee
                                                          Administrative Office of the
                                                          United States Courts
                                                          Washington, DC 20544

Digitized by Google

**FINANCIAL DISCLOSURE REPORT**                    **MESSITTE, PETER J.**
**Nomination Date:  8/6/93**                       **Date of Report:  8/10/93**

**II.  AGREEMENTS** (continued)

    **B.  Profit-Sharing Plan**          **PJM Liquidating**
       **(dated 9/1/77)**              **Corporation.  Invested**
                                 **in ABA Retirement Assoc.**
                                 **Master Profit-Sharing**
                                 **Plan.  TERMINATED:**
                                 **9/1/92.  Rolled over**
                                 **into IRA, Shearson/**
                                 **AmEx, Washington, D.C.,**
                                 **10/92**

    **C.  Keogh Plan**                  **Peter J. Messitte,**
       **(dated 1974?)**               **Attorney-at-Law.**
                                 **Invested in ABA Retire-**
                                 **ment Assoc.  Master**
                                 **Profit-Sharing Plan.**
                                 **TERMINATED:  9/1/92.**
                                 **Rolled over into IRA,**
                                 **Shearson/AmEx, Washington,**
                                 **D.C., 10/92**

Digitized by Google

FINANCIAL DISCLOSURE REPORT                    MESSITTE, PETER J.
Nomination Date:  8/6/93                        Date of Report:  8/10/93

VII.  **INVESTMENTS & TRUSTS** (continued)

#3.  IRA: Shearson/AmEx, Washington, DC:

| Money Funds | Value Code | Value Method |
|---|---|---|
| a) Am. Express<br>Gov't & Agencies Fund<br>2,792.71 sh | C | T |
| b) Am. Express Daily<br>Dividend Fund<br>2,986.80 sh | C | T |
| **Stocks** | | |
| c) BCE, Inc.<br>300 sh/com | J | T |
| d) Boeing Co.<br>200 sh/com | J | T |
| e) Gerber Products Inc.<br>200 sh/com | J | T |
| f) Hilton Hotels Corp.<br>200 sh/com | J | T |
| g) Readers Dig. Inc. Cl. A<br>Non Vtg: 100 | J | T |
| h) Rite Aid Corp.<br>400 sh/com | J | T |
| i) Sara Lee Corp.<br>300 sh/com | J | T |
| j) CATS Ser T-coupon<br>Pmt on 10.375%<br>2012 - T/BD - 11/15/95 - Reg | J | T |
| k) American Pension<br>Inus Tr. Growth Fd | K | T |

Digitized by Google

**300**

FINANCIAL DISCLOSURE REPORT
Nomination Date:  8/6/93

MESSITTE, PETER J.
Date of Report:  8/10/93

#3.   (S) IRA: Shearson/AmEx, Washington, DC:

| Money Funds | Value Code | Value Method |
|---|---|---|
| a)  Am. Express<br>Gov't & Agencies<br>Fund, 628.10 sh | J | T |
| b)  CATS Ser T-Coupon<br>Int Pmt on<br>10.375% 2012-T/BD<br>11/15/95-Reg. | J | T |

Digitized by Google

**FINANCIAL STATEMENT**　　　　　7/31/93

**NET WORTH**
___

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| | ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| | Cash on hand and in banks –schedule A | 200 | 500 | Notes payable to banks–secured | | | |
| | U.S. Government securities--add schedule | | | Notes payable to banks–unsecured | | | |
| W | Listed securities–add schedule –schedule B | 55 | 900 | Notes payable to relatives | | | |
| W | Unlisted securities--add schedule –schedule B-1 | 35 | 000 | Notes payable to others | | | |
| | Accounts and notes receivable: | | | Accounts and bills due  Monthly average | 3 | 500 | |
| Jt | Due from relatives and friends  Clifford | | | Unpaid income tax  Jt | | | |
| | Due from others  Trusts: Reversion | 117 | 000 | Other unpaid tax and interest | | | |
| | Deucebd  Due, 3/94 | | | Real estate mortgages payable–add schedule  D  Jt | 82 | 000 | |
| | Real estate owned--add schedule C | 933 | 000 | Chattel mortgages and other liens payable | | | |
| | Real estate mortgages receivable | | | Other debts–itemize: | | | |
| Jt | Autos and other personal property | 75 | 000 | | | | |
| | Cash value–Life insurance | | | | | | |
| | Other assets–itemize: | | | | | | |
| | H – IRA (misc stocks/bonds) | 93 | 000 | | ' | | |
| | W – IRA | 6 | 000 | | | | |
| | | | | Total liabilities | 85 | 500 | |
| | | | | Net Worth | 1,429 | 900 | |
| | Total Assets | 1,515 | 400 | Total liabilities and net worth | 1,515 | 400 | |
| | CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| | As endorser, comaker or guarantor | None | | Are any assets pledged? (Add schedule.) | No | | |
| | On leases or contracts | None | | Are you defendant in any suits or legal actions? | No | | |
| | Legal Claims | None | | Have you ever taken bankruptcy? | No | | |
| | Provision for Federal Income Tax | None | | | | | |
| | Other special debt | None | | | | | |

PETER J. MESSITTE (H) & SUSAN P. MESSITTE (W)
ZACHARIAH P. MESSITTE (S)
ABIGAIL K. MESSITTE (D)

[J=Jointly Owned by H/W; H=Husband Owns; W=Wife Owns; S=Son Owns; D=Daughter Owns]

Digitized by Google